**Stuart Wayne TOMPKINS,
Plaintiff–Appellant,**

v.

**Superintendent Sandra THOMAS, Department of Correction; Kenneth Hunt; Colbert L. Respass; David W. Keys; J. Haynes; William Basnight, III; Hattie B. Pimpong; Pamela J. Locklear; Rose Locklear; Billie J. Weaver; John Doe Locklear; Clifton Sutton; Paul Taylor; John Doe Hunt, Assistant Superintendent; Lynn Henry; John Doe Hunt, Sergeant; John/Jane Doe, Transfer Coordinator; Jane Doe; John Doe, Captain; M.C. Locklear; John Doe, Director Classification Committee; George Boysden; Marshall Pike, Defendants–Appellees.**

No. 12–6723.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2012.

Decided: Sept. 13, 2012.

Stuart Wayne Tompkins, Appellant Pro Se.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stuart Wayne Tompkins appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tompkins v. Thomas,* No. 5:11–ct–03049–D (E.D.N.C. Nov. 7, 2011 & Apr. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*